**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 8, 2015

Christopher Graham
Attorney at Law
3000 Custer Road 270-220
Plano, TX 75075
* DELIVERED VIA E-MAIL *

Janice Warder
Cooke County District Attorney
100 S. Dixon St., Rm. 303
Gainesville, TX 76240
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00115-CR
Trial Court Case Number: 14-00310

**Style:** Isfrael Zatarain Gonzalez v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted and the brief was filed on **Tuesday, July 7, 2015**.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK